ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 NOV 15 P 1:55

CLERK____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| LONNIE J. STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 313-059 |
| | ) |
| DOUG WILLIAMS, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's amended complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil action is **CLOSED**.

SO ORDERED this 15th day of November, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE